IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of ACCO ENGINEERED SYSTEMS, INC., doing business as ACCO Air Conditioning Co.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SKANSKA USA BUILDING, INC., a corporation; R Q Construction, INC., a corporation; SKANSKA USA BUILDING, INC. / R Q CONSTRUCTION, INC., a joint venture; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation; and DOES 1-20, inclusive,<br><br>　　　　　　Defendants. | 2:06-cv-2296-GEB-EFB<br><br><u>STATUS (PRETRIAL SCHEDULING) ORDER</u> |

　　　　The status (pretrial scheduling) conference scheduled in this case for January 29, 2007, is rescheduled to commence at 9:00 a.m. on April 9, 2007. In their joint status report filed January 12, 2007, the parties indicate that this case is related to <u>Helix Elecs., Inc. v. Skanska USA Bldg., Inc.</u>, Case No. 2:06-cv-2080-DFL-KJM. However, counsel have failed to comply with Local Rule 83-123

concerning related cases.  It is incumbent on counsel practicing before a federal court to "become familiar with and follow [local] rules applicable to practice in [that] court."  <u>Dela Rosa v. Scottsdale Mem'l Health Sys.</u>, 136 F.3d 1241, 1244 (9th Cir. 1998). Counsel shall file documents in compliance with Local Rule 83-123 no later than February 5, 2007.

      IT IS SO ORDERED.

Dated:  January 23, 2007

                                    GARLAND E. BURRELL, JR.
                                    United States District Judge