IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of ACCO ENGINEERED SYSTEMS, INC., doing business as ACCO Air Conditioning Co.,<br><br>               Plaintiff,<br><br>   v.<br><br>SKANSKA USA BUILDING, INC., a corporation; RQ CONSTRUCTION, INC., a corporation; SKANSKA USA BUILDING, INC./RQ CONSTRUCTION, INC., a joint venture; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation; and DOES 1-20, inclusive,<br><br>               Defendants. | 2:06-CV-2296-GEB-EFB<br><br><br><br><br><br><u>ORDER</u> |

       On November 14, 2007, the parties filed a "Stipulation and Proposed Order Extending Deadline to Serve Rebuttal to Expert Witness Disclosures" ("Proposed Order"), which includes language that certain Rule 16 scheduling deadlines should be suspended indefinitely. Suspending Rule 16 scheduling deadlines indefinitely would be

1

1  inconsistent with Rule 16(a)(2) of the Federal Rules of Civil
2  Procedure, which encourages courts to establish early and continuing
3  control of scheduling "so that the case will not be protracted because
4  of lack of management." The parties Proposed Order will not be signed
5  since "good cause" has not been shown justifying modification of the
6  Rule 16 Scheduling Order.  Further, "**Counsel [were] cautioned** [in the
7  Rule 16 Scheduling Order filed February 12, 2007 at page 7] **that a**
8  **mere stipulation by itself to change dates does not constitute good**
9  **cause**." (emphasis in original)
10         But since the parties agree to modify the Rule 16 Scheduling
11 Order, and modifications can be made without adversely affecting the
12 undersigned judge's docket, the Rule 16 Scheduling Order is modified
13 as follows:
14         (1)  Each party shall comply with rebuttal expert
15 disclosures authorized under Federal Rule of Civil Procedure 26(a)(2)
16 on or before February 1, 2008;
17         (2)  all discovery shall be completed by April 16, 2008;
18         (3)  the last hearing date for motions shall be June 16,
19 2008, at 10:00 a.m.; and
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1          (4)   the final pretrial conference is set for August 11,
2    2008, at 11:00 a.m.¹
3          IT IS SO ORDERED.
4    Dated:  November 15, 2007

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

---

¹   The parties' requested modification of the Rule 16 Scheduling Order has resulted in a shorten period between the trial commencement date of September 23, 2008, and the final pretrial conference. Because of this reduction, it is unlikely that a settlement conference supervised by a federal judge will be scheduled in this action.

3