IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SKANSKA USA BUILDING, INC./RQ           )
CONSTRUCTION, INC., a joint             )        2:06-cv-02296-GEB-EFB
venture, et al.,                        )
                                        )
            Third Party Plaintiffs,     )
                                        )
       v.                               )        ORDER
                                        )
JOSEPH J. ALBANESE, INC.,               )
                                        )
            Third Party Defendant.      )
_____  )
                                        )
And Related Actions.                    )
_____  )

        On February 4, 2008, attorney for Third Party Plaintiff
Skanska USA Building, Inc./RQ Construction, Inc., a joint venture
("Skanska RQ"), filed a letter "inform[ing] the Court that
settlement has been reached between Skanska/RQ and Third Party
Defendant Jos. J. Albanese, Inc.," that the "settlement has been
formalized in an executive Settlement Agreement," and that "payment
of the Settlement Agreement is to occur . . . no later than March
29, 2008."

        Further, the letter requests that the Court "set[] a
deadline for the filing of dispositional documents within 20 days

of March 29, 2008, as opposed to within 20 days [of] the date of this notification [as required by Local Rule 16-160(b), absent a showing of good cause], . . . by setting such deadline on a date between April 5 and April 18, 2008."

The request is granted; therefore, the deadline to file a dispositional document is April 10, 2008.  Failure to respond by this deadline may be construed as consent to dismissal of the claims between Skanska RQ and Joseph J. Albanese, Inc., and a dismissal order could be filed.  <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  February 7, 2008

GARLAND E. BURRELL, JR.
United States District Judge