1  RAYMOND M. BUDDIE     (SBN 121353)
   GARY S. MOOREFIELD     (SBN 233360)
2  PECKAR & ABRAMSON, P.C.
   455 Market Street, 21st Floor
3  San Francisco, CA 94105
   Telephone: (415) 837-1968
4  Facsimile: (415) 837-1320

5

6  Attorneys for Third Party Plaintiffs, SKANSKA USA BUILDING, INC. / RQ CONSTRUCTION, INC., a joint venture

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of ACCO ENGINEERED SYSTEMS, INC., doing business as ACCO Air Conditioning Co., <br><br> Plaintiff, <br> vs. <br><br> SKANSKA USA BUILDING, INC., a corporation; RQ CONSTRUCTION, INC., a corporation; SKANSKA USA BUILDING, INC. / RQ CONSTRUCTION, INC., a joint venture; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation; and DOES 1-20, inclusive. <br><br> Defendants. | Case No. 2:06-CV-02296-GEB-EFB <br><br> **STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF ALL THIRD PARTY CLAIMS** |
| AND ALL RELATED CROSS-ACTIONS. | |

Third Party Plaintiff SKANSKA USA BUILDING, INC. / RQ CONSTRUCTION, INC., a joint venture and Third Party Defendant JOSEPH J. ALBANESE, INC. (collectively, "Third Party Litigants") jointly submit the following Stipulation and [Proposed] Order to this Court:

Whereas a Settlement Agreement was executed by the Parties effective January 29, 2008; and

1
STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH        Case No.:
PREJUDICE OF ALL THIRD PARTY CLAIMS                    2:06-CV-02296-GEB-EFB

LAW OFFICES
Peckar & Abramson
A Professional Corporation

Whereas the necessary conditions precedent have been met by the Parties.

Now, therefore, the Third Party Litigants Stipulate to the following:

1. That the Third Party Complaint of Skanska USA Building, Inc./RQ Construction, Inc., a joint venture, against Jos J. Albanese, Inc. shall be dismissed with prejudice;
2. That the Counterclaim of Jos. J. Albanese, Inc. against Skanska USA Building, Inc./RQ Construction, Inc., a joint venture, shall be dismissed with prejudice; and
3. That this Action shall be closed, all parties hereto and causes of action herein having been dismissed.

**IT IS SO STIPULATED AND REQUESTED:**

Dated: April 10, 2008    PECKAR & ABRAMSON, P.C.

By:    /s/ Gary S. Moorefield
Raymond M. Buddie
Gary S. Moorefield
Attorneys for Third Party Plaintiffs,
SKANSKA USA BUILDING, INC. / RQ
CONSTRUCTION, INC., a joint venture

Dated: April 10, 2008    WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By:    /s/ Edward P. Garson
Edward P. Garson
Beth A. Fruechtenicht
Attorneys for Third Party Defendants
JOSEPH J. ALBANESE, INC.

LAW OFFICES
Peckar & Abramson
A Professional Corporation

2

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH
PREJUDICE OF ALL THIRD PARTY CLAIMS

Case No.:
2:06-CV-02296-GEB-EFB

Dated:   April 10, 2008                         JENKINS GOODMAN NEUMAN &
                                                HAMILTON LLP


                                        By:          /s/ Michael L. Marx
                                                Joshua S. Goodman
                                                Michael L. Marx
                                                Attorneys for Third Party Defendants
                                                JOSEPH J. ALBANESE, INC.

**IT IS SO ORDERED:**

**DATED:  April 11, 2008**


                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge